UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-4277
(1:19-cr-00132-JKB-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

J.J.P., (Male Juvenile)

      Defendant - Appellant

_____

O R D E R
_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

      For the Court

      /s/ Patricia S. Connor, Clerk